```
BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12 CR 00150 AWI DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) EX PARTE MOTION TO SEAL INDICTMENT |
|  | ) PURSUANT TO RULE 6(E), FEDERAL |
|  | ) RULES OF CRIMINAL PROCEDURE |
| PHILLIP JACOB SHINEN, | ) |
| Defendant. | ) |

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 17, 2012, charging the above defendant with violations of 18 U.S.C. Section 1343 - Wire Fraud, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

| | |
|---|---|
| DATED: May 17, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: *(signature)*<br>HENRY Z. CARBAJAL III<br>Assistant U.S. Attorney |

IT IS SO ORDERED this 17 day of May, 2012

*(signature)*
U.S. Magistrate Judge