IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00150 AWI-DLB |
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL INDICTMENT |
| v. | ) |
| | ) |
| PHILLIP JACOB SHINEN, | ) |
| | ) |
| Defendant. | ) |

FILED
MAY 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The indictment in this case having been sealed by order of this Court on May 17, 2012 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: May 24, 2012          BY _____
                                 DENNIS L. BECK
                                 United States Magistrate Judge