1   Victor Sherman, Esq. (SBN: 38483)
SHERMAN & SHERMAN
2   A Professional Law Corporation
2115 Main Street
3   Santa Monica, California 90405

4   Tel:   (310) 399-3259
Fax:   (310) 392-9029
5   Email: ssvictor@aol.com

6   Attorneys for Defendant
PHILLIP JACOB SHINEN
7

8

9                       UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,              )   CASE NO.: CR 12-00150-DLB
                                            )
12                          Plaintiff,      )   STIPULATION TO CONTINUE
                                            )   INITIAL APPEARANCE; ORDER
13          vs.                             )   THEREON
                                            )
14                                          )   Date:  July 16, 2012
     PHILLIP JACOB SHINEN,                  )   Time: 1:30 p.m.
15                                          )   Dept.: Hon. Dennis L. Beck
                            Defendant.      )
16                                          )
                                            )
17   _____)

18          IT IS HEREBY STIPULATED by and between the parties hereto, and

19   through their respective attorneys of record herein, that the initial appearance in

20   this District for defendant PHILLIP JACOB SHINEN, in the above-referenced

21   action now scheduled for July 9, 2012 is continued to July 16, 2012, at 1:30 p.m.,

22   before U.S. Magistrate Judge Dennis L. Beck.  This date has been confirmed by

23   the court clerk.

24          The continuance of the initial appearance is being requested by the parties

25   so that the parties can commence negotiations, the defense can review discovery to

26   facilitate those negotiations, to address scheduling conflicts of defense counsel,

27   and to afford the defendant time to arrange for travel from his home in southern

28   California.

1    The parties agree that the time between the date of this stipulation and the

2 new status conference date of July 16, 2012, shall be excluded in the interests of

3 justice, including but not limited to, the need for the period of time set forth herein

4 for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.

5 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

6

7 DATED: July 2, 2012                        Respectfully submitted,

8                                            SHERMAN & SHERMAN
                                             A Professional Law Corporation
9

10                                           /s/ Victor Sherman
                                   By:
11                                           _____
                                             VICTOR SHERMAN
                                             Attorney for Defendant
12                                           Phillip Jacob Shinen

13

14 DATED: July 2, 2012                       BENJAMIN B. WAGNER
                                             United States Attorney
15

16                                           /s/ Henry Z. Carbajal III
                                   By:
17                                           _____
                                             HENRY Z. CARBAJAL III
                                             Assistant U.S. Attorney
18

19
                                        ORDER
20

21    Pursuant to the parties' Stipulation, time is excluded pursuant to 18 U.S.C.

22 §§  316(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23

24 IT IS SO ORDERED.

25 **Dated:    July 3, 2012**              **/s/ Sheila K. Oberto**
                                           _____
26                                         UNITED STATES MAGISTRATE JUDGE

27

28