Victor Sherman, Esq. (SBN 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405

Tel:     (310) 399-3259
Fax:    (310) 392-9029
Email:  ssvictor@aol.com

Attorneys for Defendant
PHILLIP JACOB SHINEN

FILED
JAN 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 12-00150-AWI-BAM-1 |
| Plaintiff, | **STIPULATION TO SUBSTITUTE SURETY ON APPEARANCE BOND** |
| vs. | |
| PHILLIP JACOB SHINEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the plaintiff, United States of America, and defendant, Phillip Jacob Shinen, by and through their respective counsel of record, that the defendant's appearance bond in the amount of $25,000 may be modified to substitute his mother, Nancy Victoria Shinen, in place of his wife, Tifanny Shinen, as surety on the bond. Nancy Victoria Shinen has completed an Affidavit of Surety (No Justification). This substitution is agreeable to the Assistant United States Attorney handling this case.

Based on the foregoing, the parties hereby stipulate that the new surety on the bond will be defendant's mother, Nancy Victoria Shinen, in lieu of his wife

//
//

Tifanny Shinen. The appearance bond in the amount of $25,000 will remain the same in all other respects.

DATED: January 28, 2013

Respectfully submitted,

SHERMAN & SHERMAN
A Professional Law Corporation

By: /s/ Victor Sherman

VICTOR SHERMAN
Attorney for Defendant
Phillip Jacob Shinen

DATED: January 28, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Henry Z. Carbajal III

HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED. Defendant's $25,000 appearance bond is modified substituting his mother, Nancy Victoria Shinen, as surety on the bond, in place of his wife, Tiffany Shinen.

DATED: 1-29-13

HON. ANTHONY W. ISHII
United States District Judge

Date Approved: _____ Extension: _____

By: _____
☐ PSA Officer (for material witness only)  ☐ AUSA

Signature: _____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 12-00150-AWI-BAM-1 |
| v. | |
| PHILLIP JACOB SHINEN, | AFFIDAVIT OF SURETY (NO JUSTIFICATION) |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
Madera, California

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $25,000_____, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this **24th** day of January, 20**13**.

Nancy Victoria Shinen
Name of Surety

*[signature: Nancy Shinen]*
Signature of Surety

Mother
Relationship of Surety

XXX-XX-**2264**
Social Security Number of Surety (Last 4 digits only)

2300 Riverview Drive, #155
Address of Surety

Madera, California 93637
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 (02/09)                    AFFIDAVIT OF SURETY (NO JUSTIFICATION)