BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PHILLIP JACOB SHINEN,<br><br>　　　　　　　　　Defendant, | CASE NO. 1:12-cr-00150 AWI-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: June 24, 2013<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

　　The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on June 10, 2013 at 1:00 p.m.

　　2.　By this stipulation, defendant now moves to continue the status conference and set a change of plea hearing for **June 24, 2013 at 1:30 p.m.** before Senior District Judge Anthony W. Ishii, and to exclude time between the date of this stipulation and June 24, 2013 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The government does not oppose this request.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　a.　The government has represented that the discovery associated with this case includes

1

over 4,000 pages of discovery, including investigative reports, bank records and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for defendant desires additional time in preparation of this case.  A written plea offer was extended to the defendant on April 1, 2013, and the parties have been actively negotiating a resolution of the case.  Counsel for the defendant desires additional time to review the plea offer and advise his client.  The parties anticipate reaching a plea agreement in advance of June 24, 2013, the date of the proposed change of plea hearing, and request the additional time to do so.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 16, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: May 16, 2013

/s/Victor Sherman
VICTOR SHERMAN
Counsel for Defendant
PHILLIP JACOB SHINEN

**O R D E R**

IT IS SO ORDERED.

Dated: May 16, 2013

SENIOR DISTRICT JUDGE

3