MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00150 AWI |
|---|---|
| Plaintiff, | STIPULATION RE RESTITUTION AND CORRECTION TO JUDGMENTS; ORDER |
| v. | |
| PHILLIP JACOB SHINEN, | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Defendant Shinen was sentenced by the Hon. Anthony W. Ishii on January 21, 2014, following conviction after a guilty plea of one count of wire fraud (18 U.S.C. § 1343), Count One of the Indictment.

2. Whereas the defendant's judgment orders him to pay restitution of $303,675.35, and the judgment includes an Attachment A listing victims and restitution amounts that add up to $303,676.85. (Dkt. No. 52, at 5, 8).

3. Whereas the restitution amount due to victim S.B. is incorrectly listed on page 8 of

1

the judgment as $10,175.50, which is 50 cents higher than the actual restitution amount that should be due to S.B.  (Dkt. No. 52, at 8).

4.   The parties have reached this agreement and stipulation to correct the defendant's judgment, and to otherwise clarify by Court order, as follows:

5.   The restitution amount listed in Attachment A for individual S.B. is reduced by 54 cents, and the restitution amounts listed for all other victims in Attachment A are reduced by 4 cents in order to make the total amount of restitution from Attachment A identical to the $303,675.35 amount listed on page 5 of the January 22, 2014 judgment.

6.   If necessary for the disbursement and accounting of restitution owed and paid, the defendant's judgment (Dkt No. 52) shall be deemed to incorporate this stipulation.

IT IS SO STIPULATED.

DATED:      September 24, 2019

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:      September 15, 2019

/s/Phillip Shinen (signature on file with AUSA)
PHILLIP JACOB SHINEN

**O R D E R**

IT IS SO ORDERED.

Dated:   December 5, 2019

_____
SENIOR  DISTRICT  JUDGE